AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Washington Metropolitan Area Transit Authority

**SUMMONS IN A CIVIL CASE**

V.

Schindler Elevator Corporation

&

Admiral Insurance Company

CASE NUMBER: 06 1608 RMU

TO: (Name and address of Defendant)

Schindler Elevator Corp.
P.O. Box 780
Toledo, Ohio 43601

SERVE: CT CORP. SYSTEM
1015 15th ST. NW
SUITE 1000
DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael K. Guss
WMATA
600 Fifth Street, N.W.
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

_Jackie Francis_
(By) DEPUTY CLERK

SEP 19 2006
DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 11-6-06 12:09pm |
| NAME OF SERVER *(PRINT)* Karrie Lee | TITLE PI/PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CT Corporation c/o Louis Lance as authorized agent to accept
1015 15th St NW Ste. 1000
Washington, DC 20005

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-6-06        _Karrie Lee_
              Date            Signature of Server

                              _Laurel, MD_
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.