IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY )<br>)<br>)<br>    Plaintiff,                                                       )<br>                                                                        )       **Case No.: 06-1608 RMU**<br>    v.                                                                 )<br>                                                                        )<br>SCHINDLER ELEVATOR CORPORATION  )<br>                                                                        )<br>    and                                                              )<br>                                                                        )<br>ADMIRAL INSURANCE COMPANY           )<br>                                                                        )<br>    **Defendants**                                              ) | |

## **DEFAULT**

It appearing that the Schindler Elevator Corporation has failed to plead or otherwise defend this action through duly served with summons and copy of complaint on the 6th day of November, 2006, and an affidavit on behalf of the Plaintiff Washington Metropolitan Area Transit Authority ("WMATA") having been filed, it is this 14th day of December, 2006 declared that judgment according to the declaratory relief sought, including attorney's fees and interest, be entered in favor of the Plaintiff because the Defendant, Schindler Elevator Corporation, herein is in default.

Nancy M. Mayer-Whittington, Clerk

By_____
        Deputy Clerk