IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY )<br>)<br>Plaintiff,                                              )<br>)<br>v.                                                           )<br>)<br>SCHINDLER ELEVATOR CORPORATION  )<br>)<br>and                                                         )<br>)<br>ADMIRAL INSURANCE COMPANY         )<br>)<br>Defendants                                              ) | Case No.: 06-1608 RMU |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I HEREBY CERTIFY under penalty of perjury, this 14th day of December, 2006, that I am the attorney of record for the Plaintiff in the above-entitled case; that the Defendant Schindler Elevator Corporation was personally served with process on November 6, 2006.

I FURTHER CERTIFY under penalty of perjury that no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the Plaintiff; that the defendant is neither an infant nor an incompetent person.

The clerk is requested to enter a Default against said Defendant Schindler Elevator Corporation.

Respectfully Submitted,

_____/s/_____
Michael K. Guss
Asst. Gen. Counsel- WMATA
D.C. Bar # 465171

600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-1468