Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

_____

      Plaintiff(s)

  V.

SCHINDLER ELEVATOR CORPORATION,
ET AL

_____

      Defendant(s)

Civil Action No.  06-1608 RMU

RE:  SCHINDLER ELEVATOR CORPORATION

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 11/6/2006, and an affidavit on behalf of the plaintiff having been filed, it is this  15th  day of  December , 2006  declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____N. Wilkens_____
           Deputy Clerk