IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY )<br>)<br>) Plaintiff, )<br>) **Case No.: 06-1608 RMU**<br>v. )<br>)<br>SCHINDLER ELEVATOR CORPORATION )<br>)<br>and )<br>)<br>ADMIRAL INSURANCE COMPANY )<br>)<br>Defendants ) | |

## NOTICE OF DISMISSAL

The Plaintiff Washington Metropolitan Area Transit Authority ("WMATA") hereby files, according to FED. R. CIV. P. 41(a)(1)(i) this notice of its voluntary dismissal of the above captioned declaratory judgment action, without prejudice.

Respectfully Submitted,

_____/s/_____
Michael K. Guss
Assistant General Counsel- WMATA
DC Bar #465171
600 Fifth St., N.W.
Washington, D.C. 20001